# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Gortcinsky, | No. CV-15-00183-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation (doc. 46) to dismiss the above-captioned action with prejudice against Defendant Experian Information Solutions, Inc.

The Court having considered the parties' Stipulation and good cause appearing,

IT IS ORDERED that the Stipulation (doc. 46) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the above-captioned case.

Dated this 20th day of January, 2016.

_____
Jennifer G. Zipps
United States District Judge